| | |
|---|---|
| 1 | Tristan G. Pelayes, CA Bar No. 206696 |
| 2 | WAGNER & PELAYES, LLP |
|   | 1325 Spruce Street, Suite 200 |
| 3 | Riverside, CA 92507 |
| 4 | Telephone:  (951) 686-4800 |
|   | Fax:          (951) 686-4801 |
| 5 | tgp@wagner-pelayes.com |
| 6 | |
| 7 | Attorneys for Defendant, |
|   | DERRICK WILLIES |
| 8 | |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFREY S. GROTEWOLD, | ) | CASE NO.  EDCV 08-00873 RHW (Ex) |
| Plaintiff | ) | |
| | ) | ~~(PROPOSED)~~ **JUDGMENT AND ORDER IN FAVOR OF DEFENDANT AND AGAINST PLAINTIFF** |
| v. | ) | |
| COUNTY OF SAN BERNARDINO, a Public Entity of the State of California; DERRICK WILLIES individually and as County of San Bernardino Deputy Sheriff' DOES 1 through 10, County of San Bernardino Deputy Sheriffs individually and as County of San Bernardino Deputy Sheriffs. | ) | |
| Defendants | ) | |

TGP:ct

1

JUDMENT AND ORDER ON JURY VERDICT

This action came on regularly for trial on February 11, 2011 in Department 2 of the above-entitled Court, the Honorable Robert H. Whaley, United States District Court Judge, presiding. Plaintiff, Jeffrey S. Grotewold was represented by Genaro Lara, Attorney at Law and David Landry, Attorney at Law. Defendant Deputy Derrick Willies appeared by and through his attorney, Tristan G. Pelayes.

A jury of eight persons was regularly empanelled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury with directions to return a special verdict. The jury deliberated and thereafter returned to the Court with its special verdict in favor of Defendant Deputy Derrick Willies and against Jeffrey S. Grotewold.

## ORDER

The court is directed to enter judgment in favor of defendant Deputy Derrick Willies. Plaintiff shall recover nothing, the action is dismissed on the merits and Defendant shall recover costs from Plaintiff.

DATED: 2/25/2011

ROBERT J. WHALEY
United States District Judge